UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

P&K Equity Group, Inc.

Peggy E. Stalford

vs.

Point Pleasant Distributors, Inc.

Case No.: 11-13077

Adv. No.: 12-01374

Hearing Date: _____

Judge: MBK

Recommended Local Form:  ☑ Followed ☐ Modified

# ENTRY OF DEFAULT

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law:

Point Pleasant Distributors, Inc.

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Dated: July 17, 2012

/s/ James J. Waldron
JAMES J. WALDRON, Clerk

*Rev. 7/1/04; jml*